## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

CLEO WAYNE GATTENBY,⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀Case No. CIV-25-1568-D
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
KAY COUNTY DISTRICT COURT,⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Defendant.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)

## ORDER

Plaintiff initiated this action *pro se* by filing a motion for preliminary injunction and declaratory relief, which the Court denied on procedural grounds. [Doc. Nos. 1, 5]. Plaintiff has not filed a Complaint in this matter. "The Federal Rules of Civil Procedure make clear that *only* a properly-filed 'complaint' can commence a civil action." *Powell v. Rios*, 241 F. App'x 500, 505 n.4 (10th Cir. 2007) (unpublished) (citing Fed. R. Civ. P. 3). For this action to proceed, Plaintiff must file a Complaint on or before May 5, 2026. Failure to timely comply with this Order shall result in the dismissal of this action.

**IT IS SO ORDERED** this 21st day of April, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

1